UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH STEIN,<br>    Plaintiff<br><br>    v.<br><br>WESTERN NEW ENGLAND<br>UNIVERSITY, ET AL.,<br>    Defendants | )<br>)<br>)<br>)   C.A. NO. 16-cv-30127-MGM<br>)<br>)<br>)<br>) |

ORDER OF RECUSAL

August 2, 2016

MASTROINNI, U.S.D.J.

    The undersigned hereby recuses himself from any involvement in this case. The case should be returned to the Clerk to be redrawn to a different District Court Judge.

    It is So Ordered.

                                             /s/ Mark G. Mastroianni
                                             MARK G. MASTROIANNI
                                             United States District Judge